Renato Libric 24907-111
Taft Correctional Institution, P O Box 7001, Taft, CA 93268

Shepherd Finkleman Miller & Shah LLP
1230 Columbia Street, Suite 1140
San Diego
CA 92101

FILED
~~RECEIVED~~
JUL 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

July 3, 2019

Re: Moose Run LLC v Renato Libric, No: 3:19-cv-1879-~~JCS~~ JSW

Dear Sirs,

I write to acknowledge receipt of a package of documents on Thursday June 27th 2019, which included:

1. Copy of your letter of May 14 to Grievance Counselor Mr Dale Patrick
2. Plaintiff's Opposition to Defendants objections to service of Process, seven pages
3. Declaration of Mr Ronald Kravitz dated June 24, 2019, in support of 2. above, three pages.
4. Summons and Complaint, including six exhibits, comprising 101 pages.
5. Civil cover sheets, two pages
6. Order setting Initial case Management Conference and ADR Deadlines.
7. Notice of Assignment of Case/ Consent or declination to Magistrate Judge Jurisdiction, two pages.
8. Civil Standing Orders for Magistrate Judge Joseph C. Spero

Please let me know as soon as possible if the above does not include any document you believe should have been served to me.

-1-

I have carefully examined the contents above, with particular attention to the Complaint. It is my belief that subject to your answer to the question above I have now received a complete copy of the Summons and Complaint.

I would also respectfully point out that to avoid the problems in getting documents to me, your form uses the Legal Correspondence procedures set forth in the BOP Policy Statement §540.19, which I enclose a copy for your information. By using this procedure, all "legal mail" reaches me unopened, and is recorded in a register.

Mail simply addressed to me or addressed to a Prison staffmember, is required to follow a security clearance examination which can take days, and goes through many hands, and sometimes requires me to chase down missing documents in this large prison complex. Finally, asking a staffmember to serve a set of documents as a "process Server" is ineffective, because, as in this recent case with Ms Harlan, she does not know she is acting for, does not know whether the papers are complete, or how they arrived at the prison.

I am sending a copy of this letter to the Court for its information, and I will be making an application for an extension of time to answer the Summons and Complaint, pending my attempts to hire an attorney to represent me.

Thank you for your Cooperation

Renato Libric

Copy to District Court

[EFFECTIVE DATE NOTE: 62 FR 65184, 65185, Dec. 10, 1997, revised paragraphs (c) and (d), effective Jan. 9, 1998.]

### § 540.19 Legal correspondence.

(a) Staff shall mark each envelope of incoming legal mail (mail from courts or attorneys) to show the date and time of receipt, the date and time the letter is delivered to an inmate and opened in the inmate's presence, and the name of the staff member who delivered the letter. The inmate may be asked to sign as receiving the incoming legal mail. This paragraph applies only if the sender has marked the envelope as specified in § 540.18.

(b) The inmate is responsible for advising any attorney that correspondence will be handled as special mail only if the envelope is marked with the attorney's name and an indication that the person is an attorney, and the front of the envelope is marked "Special Mail--Open only in the presence of the inmate". Legal mail shall be opened in accordance with special mail procedures (see § 540.18).

(c) Grounds for the limitation or denial of an attorney's correspondence rights or privileges are stated in part 543, subpart B. If such action is taken, the Warden shall give written notice to the attorney and the inmate affected.

(d) In order to send mail to an attorney's assistant or to a legal aid student or assistant, an inmate shall address the mail to the attorney or legal aid supervisor, or the legal organization or firm, to the attention of the student or assistant.

(e) Mail to an inmate from an attorney's assistant or legal aid student or assistant, in order to be identified and treated by staff as special mail, must be properly identified on the envelope as required in paragraph (b) of this section, and must be marked on the front of the envelope as being mail from the attorney or from the legal aid supervisor.

[50 FR 40109, Oct. 1, 1985]