IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RENATO LIBRIC,<br><br>    Defendant. | Case No. 19-cv-01879-MMC<br><br>**ORDER DENYING DEFENDANT'S OBJECTIONS TO SERVICE; GRANTING IN PART DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 30 |

Before the Court are three documents filed by defendant Renato Libric, who proceeds pro se: (1) "Objection to Purported Service," filed May 13, 2019; (2) "Second Objection to Purported Service," filed June 21, 2019; and (3) "Request for an Extension of Time to File Reply to Complaint and Summons," filed July 24, 2019."[1] Plaintiff Moose Run, LCC has filed opposition to each such filing. Having read and considered the papers filed in support of and in opposition to the above-referenced matters, the Court hereby rules as follows:

1. As defendant's first objection to service is directed to plaintiff's initial service attempt (see Proof of Service, filed May 3, 2019; Libric Decl., filed May 13, 2019, at 1; Kravitz Decl., filed June 24, 2019, ¶¶ 8-10) and plaintiff no longer relies on said attempt (see Kravitz Decl., filed June 24, 2019, ¶¶ 11-12), defendant's first Objection is hereby DENIED as moot.

2. For the reasons stated by plaintiff (see Pl.'s Amended Opp., filed July 12, 2019, at 2:26-4:9), the Court finds service was properly effectuated May 17, 2019, and,

---

[1] The matter was reassigned to the undersigned on July 29, 2019.

accordingly, defendant's second objection to service is hereby DENIED.[2]

3. Defendant's request for an extension of time to file a response to the complaint is hereby GRANTED in part. Although defendant has not shown good exists for the ninety-day extension he seeks,[3] the Court will afford defendant an extension of shorter length. Specifically, defendant's response to the complaint shall be filed no later than September 20, 2019.

**IT IS SO ORDERED.**

Dated: August 6, 2019

MAXINE M. CHESNEY
United States District Judge

---

[2]In its opposition to defendant's second objection to service, plaintiff includes a request that the Court order defendant to comply with the obligations set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, filed April 10, 2019. Said order was issued while the case was pending before the Honorable Joseph C. Spero, and was issued before defendant's circumstances, namely, as a prisoner proceeding pro se, were known. In light of defendant's status as an incarcerated pro se litigant, the deadlines set forth in said Order are hereby VACATED.

[3]Defendant bases his request in part on his asserted need to gather evidence. Although defendant may need to submit evidence at later stages of the instant action, such as when responding to a dispositive motion filed by plaintiff, no evidence need be submitted in connection with an answer to the complaint.

2