Renato Libric, 24907-111
Taft Correctional Institution
P O Box 7001, Taft
CA 93268



UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cv-01879-MMC

Note: Returned Mail Correspondence sent to Honorable Court and all
parties of record

    To the above Honorable Court and all parties of record, please take notice that defendant, Renato Libric recieved returned mail correspondence on August 26th 2019, by the Taft Correctional Institution due to shortage of stam amount, even that was not the case and all the stamps where properly applied, even in the amount more that was needed.

    The correspondence sent on August 14th 2019 was defendant's reply to plantiff's opposition to an extension of time to respond to complaint.

    Hereby I am resending all the documents attached on this day August 27th 2019, and kindly ask the court to take into consideration the obstacle defendant faced in process of this mailing procedure.

Respectfully submitted,                                       Dated August 27, 2019

Renato Libric
Defendant pro se

**MTC** Taft Correctional Institution

## Notification To Inmate

Name / Nombre: Ubric, Renate

Register # / # de Registro: 2UQ07-lu

Date / Fecha: 8/16

Unit / Unidad: IC

One or more items below are either needed from you or are for your information. If we need an item from you, make sure you get it to us as soon as possible so as to not delay your incoming and/or outgoing mail.

- [ ] You have a publication that has been forwarded to the Warden for review and possible rejection. You will be notified as to what the action is.

- [x] You are short postage in the amount of $ 1.50 forward _____ Stamps to the mail room. Stamps can be sent to us through the regular mail, they do not have to be handed to us.

- [ ] Your outgoing legal mail, listed below, was sent out as regular mail due to it no falling under the "legal mail" guidelines.

- [x] Need a return address to send back correspondence and/or books. You will be notified as to what is being returned once we have complete paperwork.

Clerk to Court

---

Uno o más artículos de la lista abajo o bien requieren acción de su parte o son para su información. Si necesitamos que usted provea un artículo, asegúrese de proveerlo tan pronto como le sea posible para no demorar ya sea el recibir o el envío de su correo.

- [ ] Usted tiene una publicación que se ha enviado al Guardián para su inspección y posible negación. Usted será notificado de la decisión.

- [ ] Le faltan estampillas en la cantidad de $ _____ envie _____ estampillas al cuarto de Correos. Las estampillas pueden ser enviadas a través del correo regular y no tienen que ser entregadas en persona.

- [ ] Su envío de correo legal, en la lista abajo, ha sido enviado como correo regular ya que no llena los requisitos para ser considerado "Correo Legal".

- [ ] Se necesita la dirección del remitente para devolver correspondencia y/o libros. Se le notificará de lo que será devuelto una vez que se haya completado el papeleo

[4-4491]

MR-013