IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC, <br>     Plaintiff, <br> v. <br> RENATO LIBRIC, <br>     Defendant. | Case No. 19-cv-01879-MMC <br><br> **ORDER DENYING DEFENDANT'S REQUEST FOR CONSIDERATION OF REPLY** |

On July 16, 2019, defendant filed a request for an extension of time to file his response to plaintiff's complaint;[1] specifically, defendant sought an extension to October 16, 2019. Plaintiff filed opposition to such request. By order filed August 6, 2019, the Court granted defendant's request in part, extending the deadline to September 20, 2019.

The Court is now in receipt of defendant's "Reply to Plaintiff's Opposition to an Extension of Time to Respond to Complaint," as well as a letter from defendant, dated August 27, 2019, and received by the Clerk of Court on August 30, 2019, in which defendant requests the Court "take into consideration" the reply. According to defendant, he placed the reply in the mail on August 14, 2019, but it was erroneously returned to him for insufficient postage.[2]

---

[1] The request was received by the Clerk of Court on July 24, 2019. As defendant is incarcerated and proceeds pro se, the request is deemed filed on the date it was given to prison officials for mailing, which, in this instance, was July 16, 2019. See Houston v. Lack, 487 U.S. 266, 274-76 (1988) (holding document by pro se prisoner is deemed filed on date such prisoner presents it to prison officials for mailing).

[2] The August 6 order was mailed to defendant that same day; apparently, defendant had not received it as of August 14, 2019.

Defendant's request for consideration of the reply is hereby DENIED, as, under the Local Rules of this District, upon the filing of a request for an extension of time, any opposition thereto must be filed within four days after receiving the motion, whereupon the district court rules on the matter. See Civil L.R. 6-3. In other words, in the absence of a request by the Court for additional briefing, no reply is allowed. See id. Moreover, even if the Court were to consider the reply, defendant fails to show why he is unable to file a response to the complaint on or before September 20, 2019.[3]

**IT IS SO ORDERED.**

Dated: September 11, 2019

_____
MAXINE M. CHESNEY
United States District Judge

---

[3] The reply, as did the initial request, discusses evidence defendant states he, or an attorney he intends to retain in the future, will need to obtain. As set forth in the Court's order of August 6, 2019, however, no evidence need be submitted in connection with an answer to the complaint.

2