Renato Libric, 24907-111  
Taft Correctional Institution  
P O Box 7001, Taft.  
CA 93268

FILED

SEP 16 2019 

SUSAN Y. SOONG  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Moose Run, LLC  
    Plaintiff

V

Renato Libric  
    Defendant

Case No. 4:19-cv-1879-MMC

Declaration of Renato Libric in support of his August 14, Filing of reply to plaintiff's opposition to extension of time to reply to Complaint.

TO THE ABOVE HONORABLE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the defendant in this matter, Renato Libric hereby files a supplemental declaration to clarify the circumstances regarding the filing of his reply to plaintiff's motion in opposition to defendant's application for an extension of time to reply to plaintiff's Complaint.

This declaration is based upon the files and records in this matter and the attachment herein.

Respectfully submitted,

Dated: August 31, 2019

Renato Libric  
Defendant pro se

-i-

## DECLARATION OF RENATO LIBRIC

I, Renato Libric. the defendant in this matter hereby declare that the content hereof is true and correct to the best of my knowledge and belief.

On or about Thursday August 8, at mail distribution time in my unit. I received a package from Plaintiff opposing my application to the Court for an extension of time to reply to his Complaint against me.

After conferring with my family in Croatia and others I drafted and typed a reply to plaintiff's opposition, setting forth in more detail the difficult circumstances I have in preparing a reply to the Complaint engaging counsel to represent me, and compiling my counterclaim against Plaintiff.

On August 14, I completed typing my response and made two identical photocopies. I also handwrote a Certificate of Service which I also copied and included with the motion. Finally, I typed out an envelope to the Court and one to the Plaintiff. I took both envelopes to the library clerk, who weighed them on the library scales, and told me that each envelope weighed less than two onces, but more than one ounce, therefore the postage required was 70 cents, i.e. two forever stamps. I decided to place a single "global" stamp denominated as $1.22 on each standard white envelope, almost double the amount required, in order to ensure a troule free mailing. I placed each envelope in the outward mail box in my unit at approximately 7-00 pm.

On August 21, 2019 I received an advice from the Institution mail room claiming that the postage on my mailing to the Court was short an "amount of $1.50". The following day I visited the mail room to check this strange notification, but the mailroom staff were unable to find

-1-

the letter. One staff member asked if I had been sending a book or magazine, as they do not usually weigh regular white envelopes. After about 30 minutes of searching, the envelope could not be located and the mailroom staff surmised that the letter may have actually been sent out or perhaps returned to me via the internal mail, and might arrive in my unit in a few days. Because the mailroom is only open to inmates for two hours on a Wednesday and Thursday, I did not want to wait another week in the hope that the letter would turn up. I therefore took the copies I had made for my file, and photocopied them again, placed them in a manilla envelope and placed two "global" stamps on it at a postage value of $2.44, approximately double the postage that was required. I also wrote a brief note to the Court explaining the reason for the mailing.

On Wednesday August 28, I visited the mailroom again, and advised the staff that my original letter had not turned up. Again a search was organised but nothing could be found, and it was surmised that perhaps the letter had in fact been sent out to U.S. Mail.

I have not sent a second mailing to the Plaintiff because there has been no indication from the Institution mail room that any other letter had been delayed, and I have not heard from the Plaintiff that he has not received a copy.

I do not know if the Court has received one or two copies of my reply to Plaintiff's opposition to my application for an extension. In the time period between the first and second sendings, I did receive the Court's Order directing me to reply to the summons by September 20, 2019, and I will make the best effort possible to comply with the order, however the most pressing problem is to have the necessary funds to engage counsel.

-2-

In the circumstances, I would be grateful if the courtroom staff could arrange for me to receive a copy of the docket in this case so that I have a record of what the Court has actually received and when.

I hereby declare that the content of this declaration is true and correct to the best of my recollection and belief, under penalty of perjury under the laws of California and the United States.

Declared at Taft, Kern County, California, CA 93268. on August 31, 2019.

_____
Renato Libric
Defendant pro se

-3-

**MTC** Taft Correctional Institution

## Notification To Inmate

Name / Nombre: Ulbric, Renate

Register # / # de Registro: 24907-111

Date / Fecha: 8/7/19

Unit / Unidad: 1C

One or more items below are either needed from you or are for your information. If we need an item from you, make sure you get it to us as soon as possible so as to not delay your incoming and/or outgoing mail.

- [ ] You have a publication that has been forwarded to the Warden for review and possible rejection. You will be notified as to what the action is.

- [x] You are short postage in the amount of $ 1.50 forward ____ Stamps to the mail room. Stamps can be sent to us through the regular mail, they do not have to be handed to us.

- [ ] Your outgoing legal mail, listed below, was sent out as regular mail due to it no falling under the "legal mail" guidelines.

- [x] Need a return address to send back correspondence and/or books. You will be notified as to what is being returned once we have complete paperwork.

Clerk to Cant

---

Uno o más artículos de la lista abajo o bien requieren acción de su parte o son para su información. Si necesitamos que usted provea un artículo, asegúrese de proveerlo tan pronto como le sea posible para no demorar ya sea el recibir o el envío de su correo.

- [ ] Usted tiene una publicación que se ha enviado al Guardián para su inspección y posible negación. Usted será notificado de la decisión.

- [ ] Le faltan estampillas en la cantidad de $ _____ envíe ____ estampillas al cuarto de Correos. Las estampillas pueden ser enviadas a través del correo regular y no tienen que ser entregadas en persona.

- [ ] Su envío de correo legal, en la lista abajo, ha sido enviado como correo regular ya que no llena los requisitos para ser considerado "Correo Legal".

- [ ] Se necesita la dirección del remitente para devolver correspondencia y/o libros. Se le notificará de lo que será devuelto una vez que se haya completado el papeleo

[4-4491]

1R-013

# CERTIFICATE OF SERVICE

I, Renato Libric, hereby certify that I have served a true and correct copy of the following:

> Declaration of Renato Libric
> regarding the filing of a reply
> to plaintiff's opposition

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

> Shepherd Finkleman Miller & Shah LLP
> 201 Filbert Street, #201
> San Francisco
> CA 94133

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this ___31st___ day of ___August___, 2019

                                             Renato Libric
                                             Defendant pro se