IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RENATO LIBRIC,<br><br>    Defendant. | Case No. 19-cv-01879-MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS** |

Before the Court is defendant Renato Libric's "Motion for Stay [of] Proceedings," filed October 11, 2019. Having read and considered the motion, the Court rules as follows.

In his motion, defendant states Taft Correctional Institution ("Taft"), the federal prison in which he is incarcerated, is closing and that he "is to be imminently transferred" to another facility not yet known to defendant. In light thereof, defendant seeks an order staying the above-titled action until he notifies the Court of his new address.

Defendant's motion is dated October 2, 2019, the day after the Bureau of Prisons had announced its intention to close Taft by the end of January 2020. Subsequent thereto, however, the Court has learned that the closure has been suspended.

Under such circumstances, defendant's motion for a stay is hereby DENIED, without prejudice to renewal in the event the closure is reinstated.

**IT IS SO ORDERED.**

Dated: October 16, 2019

                                                MAXINE M. CHESNEY
                                                United States District Judge