IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RENATO LIBRIC,<br><br>    Defendant. | Case No. 19-cv-01879-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S APPLICATION RE: RESPONSE TO COMPLAINT; SETTING DEADLINE TO AMEND; SETTING BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendant Renato Libric's "Application for a Further Extension of Time to Reply to Complaint; or for Leave to Amend the Basic Reply Attached with Better Particulars," received October 3, 2019, by the Clerk of Court, and deemed filed September 19, 2019,[1] the day before a response to the complaint was due. (See Order, filed August 6, 2019 (setting deadline for response).) The "attached" document referenced therein is defendant's "Reply to Plaintiff's Complaint," which incorporates defendant's answer to the complaint and a counterclaim. In his Application, defendant states he intends to file a "more particularized reply," and seeks either an order extending to November 20, 2019, the deadline to respond to the complaint, or, alternatively, an order allowing him to amend, no later than November 20, 2019, the response attached to his Application.

Having read and considered the Application, the Court finds defendant's Reply to

---

[1] As defendant is incarcerated and proceeds pro se, the Application is deemed filed on the date it was given to prison officials for mailing, which, in this instance, was September 19, 2019. See Houston v. Lack, 487 U.S. 266, 274-76 (1988) (holding pro se prisoner's legal document is deemed filed on date such prisoner presents it to prison officials for mailing).

1 Plaintiff's Complaint constitutes a sufficient response to the complaint, and deems said
2 filing the operative answer and counterclaim.

Accordingly, to the extent defendant seeks an extension of time to respond to the complaint, the Application is hereby DENIED as moot. To the extent defendant seeks leave to amend his response to the complaint, however, the Application is GRANTED, and the Court hereby SETS November 20, 2019, as the deadline for defendant to file his amended answer and counterclaim.

Further, in light of defendant's stated intent to amend his response to the complaint, plaintiff need not, at this time, file a response to the counterclaim contained in the above-referenced Reply to Plaintiff's Complaint.

Lastly, as plaintiff previously indicated its intent to file a motion for summary adjudication based on the judgment in United States v. Libric, CR 18-196 MMC, and as said motion would present issues not requiring development of a further factual record, the Court finds it appropriate to set at this time a briefing schedule on such prospective motion, as follows:

1. No later than December 13, 2019, plaintiff shall file with the Clerk and serve on defendant its motion for summary judgment.

2. No later than January 17, 2020, defendant shall file with the Clerk and serve on plaintiff his response to plaintiff's motion.

3. No later than February 7, 2020, plaintiff shall file with the Clerk and serve on defendant any reply.

4. As of February 7, 2020, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: October 16, 2019

MAXINE M. CHESNEY
United States District Judge