# EXHIBIT "10"

1  | G. MARK ALBRIGHT, ESQ., NBN 001394
   | D. CHRIS ALBRIGHT, ESQ., NBN 004904
2  | DANIEL R ORMSBY, ESQ., NBN 014595
   | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
3  | 801 South Rancho Drive, Suite D-4
   | Las Vegas, Nevada 89106
4  | Tel:  (702) 384-7111
   | Fax: (702) 384-0605
5  | gma@albrightstoddard.com
6  | dca@albrightstoddard.com
   | dormsby@albrightstoddard.com
7  | *Attorneys for Plaintiff*

8

9  | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11 | MOOSE RUN, LLC,                        CASE NO.:    2:18-cv-425-GMN-NJK

12 |                 Plaintiff,              **NOTICE OF RELATED CASE;**
                                             **AND**
13 | RENATO LIBRIC, individually; and DOES I  **NOTICE OF DEFENDANT'S GUILTY**
14 | THROUGH 10,                             **PLEA AND CONVICTION IN RELATED**
                                             **CRIMINAL CASE**
15 |                 Defendants.

16

17

18 |        Plaintiff Moose Run, LLC, by and through its undersigned counsel, hereby notifies the Court

19 | as follows:

20 |        1.      Defendant Renato Libric was sued by the Plaintiff Moose Run LLC in these civil

21 | proceedings commenced on or about March 8, 2018.  Plaintiff thereafter filed its First Amended

22 | Complaint on May 4, 2018, which asserted claims for relief based upon Fraud/Intentional

23 | Misrepresentation, Conversion, Fraudulent Conveyance/Transfer, Racketeering/RICO, Violation of

24 | NRS Chapter 90, and Unjust Enrichment.

25 |        2.      Defendant filed his Motion to Dismiss Plaintiff's First Amended Complaint herein

26 | on June 1, 2018.

27 |        3.      Plaintiff filed its Response to Defendant's Motion to Dismiss its First Amended

28

LAW OFFICES

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

1   Complaint herein on June 15, 2018.  In this Response, Plaintiff notified the Court that the Defendant

2   had been indicted in the United States District Court for the District of California, Venue:  San

3   Francisco, in case No. CR 18-00196 MMC, on criminal charges alleging the same or similar facts

4   as those asserted in Plaintiff's First Amended Complaint in these proceedings, attaching a copy of

5   the Indictment.  (See, page 18, lines 9-11 of Plaintiff's Response and Exhibit 3 attached to the

6   Response.)

7

8            4.        Plaintiff now notifies the Court, and requests that it take Judicial Notice, of the guilty

9   plea and conviction of Defendant Renato Libric in the United States District Court for the District

10  of California, Venue:  San Francisco, in Case No. 18-00196 MMC, under the Indictment for Wire

11  Fraud filed against the Defendant on May 10, 2018.  Defendant's Guilty Plea Agreement was filed

12  in said case on September 5, 2018, and Judgment against the Defendant was filed and entered by

13  the Court on December 21, 2018.  A copy of the Judgment is attached hereto as Exhibit "A."

14           5.        Further, as part of the Plea Agreement and sentencing in said criminal proceedings

15  against the Defendant, Renato Libric was ordered to pay to Plaintiff restitution of $1,520,074.00 to

16  Moose Run, LLC.

17

18  6.        Attached hereto as Exhibit "B" is the Docket in Case No. 18-00196 MMC in the United

19  States District Court for the District of California, Venue:  San Francisco, and the Criminal Minutes

20  stating sentencing was imposed as follows on December 19, 2018:  36 months in custody;

21  [continued on Page 3]

22

23

24

25

26

27

28

1    3 years supervised release; special assessment of $100, all as set forth in the Judgment attached

2    hereto as Exhibit "A."

3        DATED this _6th_ day of March, 2019.

4

5                                    **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

6        _____

7                                    G. MARK ALBRIGHT, ESQ.
                                     Nevada Bar No. 001394
8                                    D. CHRIS ALBRIGHT, ESQ.
                                     Nevada Bar No. 004904
9                                    DANIEL R. ORMSBY, ESQ.,
                                     Nevada Bar No. 014595
10                                   801 South Rancho Drive, Suite D-4
                                     Las Vegas, Nevada  89106
11                                   Tel:  (702) 384-7111
                                     gma@albrightstoddard.com
12                                   dca@albrightstoddard.com
                                     dormsby@albrightstoddard.com
13                                   _Attorneys for Plaintiff_

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

     I certify that I am an employee of Albright, Stoddard, Warnick & Albright, and that on the

___6___ day of March, 2019, I served a true and correct copy of the foregoing **NOTICE OF**

**RELATED CASE; AND NOTICE OF DEFENDANT'S GUILTY PLEA AND CONVICTION**

**IN RELATED CRIMINAL CASE** upon all counsel of record by electronically serving the

document using the Court's electronic filing system.

An employee of Albright, Stoddard,
Warnick & Albright

EXHIBIT "A"

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
| v. | ) |
| Renato Libric | ) |
| | ) USDC Case Number:  CR-18-00196-001 MMC |
| | ) BOP Case Number:  DCAN318CR00196-001 |
| | ) USM Number:  24907-111 |
| | ) Defendant's Attorney:  Randolph Daar (Retained) |

**THE DEFENDANT:**

☑  pleaded guilty to count(s): <u>One of the Indictment</u>

☐  pleaded nolo contendere to count(s): _____ which was accepted by the court.

☐  was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | February 2018 | 1 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s): _____

☐  Count(s) _____ is/are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>12/19/2018</u>
Date of Imposition of Judgment

_Maxine M. Chesney_
Signature of Judge

The Honorable Maxine M. Chesney
<u>Senior United States District Judge</u>
Name & Title of Judge

<u>12/21/2018</u>
Date

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric
CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 2 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    36 months

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☑ The Court makes the following recommendations to the Bureau of Prisons: .
    The Court recommends the BOP give serious consideration to the defendant's request to serve his sentence at a facility in Croatia, pursuant to any available treaty transfer program, in order for him to be closer to his ill mother, elderly father, wife and 5-year old son.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ am/pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ am/pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 3:19-cv-01879-MMC   Document 46-11   Filed 12/13/19   Page 9 of 22
Case 2:18-cv-00425-GMN-NJK   Document 36   Filed 03/06/19   Page 8 of 21
Case 3:18-cr-00196-MMC   Document 28   Filed 12/21/18   Page 3 of 8

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric
CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 3 of 8

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 years**

## MANDATORY CONDITIONS OF SUPERVISION

1)   You must not commit another federal, state or local crime.

2)   You must not unlawfully possess a controlled substance.

3)   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

  ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4)   ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5)   ☑   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6)   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7)   ☐   You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric

CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 4 of 8

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4) You must follow the instructions of the probation officer related to the conditions of supervision.

5) You must answer truthfully the questions asked by your probation officer.

6) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

7) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.

8) You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

9) You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.

10) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____          _____
                     Defendant                                                      Date


_____          _____
    U.S. Probation Officer/Designated Witness                            Date

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT: Renato Libric | Judgment - Page 5 of 8 |
| CASE NUMBER: CR-18-00196-001 MMC | |

## SPECIAL CONDITIONS OF SUPERVISION

1.  You must comply with the rules and regulations of the U.S. Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon any reentry into the United States during the period of court ordered supervision, you must report to the nearest U.S. Probation Office within 72 hours.

2.  You must pay any restitution and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

3.  You must not maintain a position of fiduciary capacity without the prior permission of the probation officer.

4.  You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

5.  You must provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

6.  You must cooperate in the collection of DNA as directed by the probation officer.

7.  You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric

CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 6 of 8

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100 | N/A | Waived | $ 1,520,074 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Moose Run LLC<br>7435 S. Eastern Avenue #613<br>Las Vegas, NV 89123 | | $ 1,520,074 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | | $ 1,520,074 | |

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the fine/restitution.

    ☐  the interest requirement is waived for the fine/restitution is modified as follows:

    _____

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric
CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 7 of 8

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐ Lump sum payment of _____ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, and/or   ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
During imprisonment, criminal monetary penalties, which is the $100 special assessment and $1,520,074 in restitution, is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $1,000 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☑ The defendant shall forfeit the defendant's interest in the following property to the United States: All right, title, and interest of the defendant in the property identified in Paragraph 11 of the plea agreement is hereby forfeited to the United States. The United States has established and the defendant admitted in his plea agreement that the defendant obtained $1,500,000 million

_____
* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 3:19-cv-01879-MMC   Document 46-11   Filed 12/13/19   Page 14 of 22
Case 2:18-cv-00425-GMN-NJK   Document 36   Filed 03/06/19   Page 13 of 21
Case 3:18-cr-00196-MMC   Document 28   Filed 12/21/18   Page 8 of 8

AO 245B (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case

DEFENDANT: Renato Libric

CASE NUMBER: CR-18-00196-001 MMC

Judgment - Page 8 of 8

in criminal proceeds from the commission of the offense of conviction, and the defendant is ordered to pay a forfeiture money judgment in the amount of $1,500,000, as more fully set forth in the Order of Forfeiture (Money Judgment) submitted by the United States.

☐   The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

**EXHIBIT "B"**

E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00196-MMC-1

Case title: USA v. Libric

Date Filed: 05/10/2018
Date Terminated: 12/19/2018

Assigned to: Judge Maxine M. Chesney

**Defendant (1)**

**Renato Libric**
*TERMINATED: 12/19/2018*

represented by **Candis Lea Mitchell**
Office of the Federal Public Defender
459 Golden Gate Avenue
Room 19-6884, Box 36106
San Francisco, CA 94102
415-436-7700
Fax: 415-436-7706
Email: candis_mitchell@fd.org
*TERMINATED: 05/29/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

**Randolph Elliott Daar**
Pier 5 Law Offices
3330 Geary Blvd.
3rd Floor East
San Francisco, CA 94118
415-986-5591
Fax: 415-421-1331
Email: rdaar@pier5law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

18:1343 and 2 Wire fraud and aiding
and abetting
(1)

**Disposition**

36 months in custody; 3 years
supervised release; $100 special
assessment (see judgment for additional
conditions)>

**Highest Offense Level (Opening)**

Case 3:19-cv-01879-MMC   Document 46-11   Filed 12/13/19   Page 17 of 22
CAND-ECF
Case 2:18-cv-00425-GMN-NJK   Document 36   Filed 03/06/19   Page 16 of 21   Page 2 of 6

Felony

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
None

---

**Plaintiff**

**USA**                                  represented by   **Matthew Laurence McCarthy**
                                                          United States Attorney's Office
                                                          Northern District of California
                                                          450 Golden Gate Ave.
                                                          11th Floor
                                                          San Francisco, CA 94102
                                                          415-436-6838
                                                          Email: matthew.mccarthy@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*

                                                          **Karen D. Beausey**
                                                          U.S. Attorney's Office
                                                          450 Golden Gate Avenue
                                                          Box 36055
                                                          San Francisco, CA 94102
                                                          415-436-6598
                                                          Fax: 415-436-6982
                                                          Email: karen.beausey@usdoj.gov
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2018 | 1 | INDICTMENT as to Renato Libric (1) count(s) 1. (lskS, COURT STAFF) (Filed on 5/10/2018) (lskS, COURT STAFF). (Additional attachment(s) added on 5/11/2018: # 1 cover sheet) (lskS, COURT STAFF). (Entered: 05/10/2018) |
| 05/10/2018 | 2 | **Order to Seal Case as to Renato Libric. Ordered that any representative of U.S. Attorney's Office, FBI shall be allowed to obtain copy of indictment and warrant. Signed by Magistrate Judge Joseph C. Spero on 5/10/18. (lskS, COURT STAFF) (Filed on 5/10/2018) (lskS, COURT STAFF). (Entered: 05/10/2018)** |

| | | |
|---|---|---|
| 05/10/2018 | | CASE DESIGNATED for Electronic Filing. (lskS, COURT STAFF) (Filed on 5/10/2018) (Entered: 05/11/2018) |
| 05/11/2018 | | Set/Reset Hearing as to Defendant Renato Libric re 1 Indictment Arraignment set for 5/11/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Magistrate Judge Joseph C. Spero. Initial Appearance set for 5/11/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Magistrate Judge Joseph C. Spero. (klhS, COURT STAFF) (Filed on 5/11/2018)5/10/18: placed on calendar via phone call from AUSA Matt McCarthy. (Entered: 05/11/2018) |
| 05/11/2018 | 3 | **ORDER as to Renato Libric exclude time 5/11/18-5/15/18. Signed by Magistrate Judge Joseph C. Spero on 5/11/18. (lskS, COURT STAFF) (Filed on 5/11/2018) (lskS, COURT STAFF). (Entered: 05/11/2018)** |
| 05/11/2018 | 4 | Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Initial Appearance as to Renato Libric held on 5/11/2018, Arraignment as to Renato Libric (1) Count 1 held on 5/11/2018 plead not guilty. Candis Mitchell AFPD special appearing. Defendant remanded to custody. Detention Hearing set for 5/15/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. I.D. of Counsel Hearing set for 5/15/2018 09:30AMin San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. Status Conference set date for MMC set for 5/15/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. Govt motion to unseal entire case granted.FTR Time 10:00-10:08. (lskS, COURT STAFF) (Filed on 5/11/2018) (Entered: 05/11/2018) |
| 05/14/2018 | 8 | Arrest Warrant Returned Executed on 5/10/2018 as to Renato Libric. (mjj2S, COURT STAFF) (Filed on 5/14/2018) (Entered: 05/15/2018) |
| 05/15/2018 | 5 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Spero: ID of Counsel Hearing, Detention Hearing, and Status Conference as to Renato Libric held on 5/15/2018, Added attorney Candis Lea Mitchell for Renato Libric. Court finds that Defendant is NOT eligible for appointed counsel. Court will allow Ms. Mitchell to appear on Mr. Libric's behalf to argue detention. Proffers heard. AUSA to prepare proposed Order of Detention. Remanded to custody. I.D. of Counsel Hearing, and Status Conference to set date before MMC set for 5/21/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Magistrate Judge Joseph C. Spero. FTR Time 9:48-10:16. Pretrial Officer: Brad Wilson. Defendant Present: Yes. Defendant in Custody: Yes. Excludable Delay: for effective preparation of counsel. Begins: 5/15/2018. Ends: 5/21/2018. (mjj2S, COURT STAFF) (Filed on 5/15/2018) (Entered: 05/15/2018) |
| 05/15/2018 | 6 | CJA 23 Financial Affidavit by Renato Libric (mjj2S, COURT STAFF) (Filed on 5/15/2018) (Entered: 05/15/2018) |
| 05/15/2018 | 7 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act from 5/15/2018 to 5/21/2018 as to Renato Libric. Signed by Magistrate Judge Joseph C. Spero on 5/15/2018. (mjj2S, COURT STAFF) (Filed on 5/15/2018) (Entered: 05/15/2018)** |
| | | |

| 05/21/2018 | 9 | **ORDER as to Renato Libric excluding time 5/21/18-5/29/18. Signed by Chief Magistrate Judge Joseph C. Spero on 5/4/18. (lskS, COURT STAFF) (Filed on 5/21/2018) (Entered: 05/21/2018)** |
|---|---|---|
| 05/21/2018 | 10 | Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Status Conference as to Renato Libric held on 5/21/2018, ID of Counsel Hearing as to Renato Libric held on 5/21/2018. I.D. of Counsel Hearing continued for 5/29/2018 09:30AMin San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. Status Conference/set Judge Chesney date set for 5/29/2018 09:30 AM in San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. Defendant remanded to custody.FTR Time 9:37-9:41. (lskS, COURT STAFF) (Filed on 5/21/2018) (Entered: 05/21/2018) |
| 05/29/2018 | 11 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Spero: ID of Counsel Hearing as to Renato Libric held on 5/29/2018; Status Conference as to Renato Libric held on 5/29/2018; Added attorney Randolph Elliott Daar for Renato Libric. Attorney Candis Lea Mitchell terminated in case as to Renato Libric. Status Conference/Submit financial affidavit set for 5/30/2018 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. FTR Time 9:47-9:49. Plaintiff Attorney: Matthew McCarthy. Defendant Attorney: Randolph Daar, General Appearance. Defendant Present: Yes. Defendant in Custody: No. Excludable Delay: for effective preparation of counsel. Begins: 5/29/2018. Ends: 5/30/2018. (mjj2S, COURT STAFF) (Filed on 5/29/2018) (Entered: 05/29/2018) |
| 05/29/2018 | 12 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act from 5/29/2018 to 5/30/2018 as to Renato Libric. Signed by Magistrate Judge Joseph C. Spero on 5/29/2018. (mjj2S, COURT STAFF) (Filed on 5/29/2018) (Entered: 05/29/2018)** |
| 05/30/2018 | 13 | Minute Entry for proceedings held before Judge Maxine M. Chesney: Status Conference as to Renato Libric not held on 5/30/2018, Defendant is in custody and was not brought to court by the US Marshal due to a clerical error. Initial Status Conference set for 6/13/2018 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Total Time in Court 3 minutes. Court Reporter: Lydia Zinn. Plaintiff Attorney: Matthew McCarthy. Defendant Attorney: Randolph Daar. Defendant Present: No. Defendant in Custody: Yes. Attachment Criminal Minutes. Excludable Delay: Preparation of Counsel. Begins: May 30, 2018. Ends: June 13, 2018. (tlS, COURT STAFF) (Filed on 5/30/2018) (Entered: 05/30/2018) |
| 06/13/2018 | 14 | Minute Entry for proceedings held before Judge Maxine M. Chesney: Initial Status Conference as to Renato Libric held on 6/13/2018 Status re: Change of Plea or Trial Setting Hearing set for 8/22/2018 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Total Time in Court 4 minutes. Court Reporter: Belle Ball. Plaintiff Attorney: Matthew McCarthy. Defendant Attorney: Randolph Daar. Defendant Present: Yes. Defendant in Custody: Yes. Attachment Criminal Minutes. Excludable Delay: Preparation of Counsel. Begins: 6/13/2018. Ends: 8/22/2018. (tlS, COURT STAFF) (Filed on 6/13/2018) (Entered: 06/14/2018) |

Case 3:19-cv-01879-MMC   Document 46-11   Filed 12/13/19   Page 20 of 22
CAND-ECF
Case 2:18-cv-00425-GMN-NJK   Document 36   Filed 03/06/19   Page 19 of 21   Page 5 of 6

| 08/22/2018 | 15 | Minute Entry for proceedings held before Judge Maxine M. Chesney: Status Conference as to Renato Libric held on 8/22/2018 Change of Plea Hearing set for 9/5/2018 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Total Time in Court 3 minutes. Court Reporter: Lydia Zinn. Plaintiff Attorney: Matthew McCarthy. Defendant Attorney: Randolph Daar. Defendant Present: Yes. Defendant in Custody: Yes. Attachment Criminal Minutes. Excludable Delay: Preparation of Counsel. Begins: 8/22/2018. Ends: 9/5/2018. (tlS, COURT STAFF) (Filed on 8/22/2018) (Entered: 08/22/2018) |
|---|---|---|
| 09/05/2018 | 16 | Minute Entry for proceedings held before Judge Maxine M. Chesney: Change of Plea Hearing as to Renato Libric held on 9/5/2018, Plea entered by Renato Libric (1) Guilty Count 1. Sentencing set for 11/28/2018 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Total Time in Court 33 minutes. Court Reporter: Belle Ball. Plaintiff Attorney: Matthew McCarthy. Defendant Attorney: Randolph Daar. Defendant Present: Yes. Defendant in Custody: Yes. Attachment Criminal Minutes. (tlS, COURT STAFF) (Filed on 9/5/2018) (Entered: 09/06/2018) |
| 09/05/2018 | 17 | PLEA AGREEMENT as to Renato Libric (tlS, COURT STAFF) (Filed on 9/5/2018) (Entered: 09/06/2018) |
| 09/20/2018 | 18 | TRANSCRIPT ORDER for proceedings held on 9/5/2018 before Judge Maxine M. Chesney for Court Reporter Belle Ball (rjdS, COURT STAFF) (Filed on 9/20/2018) (Entered: 09/20/2018) |
| 10/05/2018 | 19 | Transcript of Proceedings as to Renato Libric held on September 5, 2018, before Judge Maxine M. Chesney. Court Reporter Belle Ball, CSR, CRR, RDR, telephone number (415)373-2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/3/2019. (Related documents(s) 18 ) (ballbb15S, COURT STAFF) (Filed on 10/5/2018) (Entered: 10/05/2018) |
| 10/29/2018 | 20 | STIPULATION WITH PROPOSED ORDER as to Renato Libric *to Continue Sentencing Hearing.* (Attachments: # 1 Proposed Order)(Daar, Randolph) (Filed on 10/29/2018) (Entered: 10/29/2018) |
| 10/30/2018 | 21 | **ORDER CONTINUING SENTENCING HEARING TO DECEMBER 19, 2018.** Signed by Judge Maxine M. Chesney on October 30, 2018. (mmclc1, COURT STAFF) (Entered: 10/30/2018) |
| 10/30/2018 | | Set/Reset Hearing as to Defendant Renato Libric re 21 Order on Stipulation Sentencing reset to 12/19/2018 at 02:15 PM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. (tlS, COURT STAFF) (Filed on 10/30/2018) (Entered: 10/30/2018) |
| 12/12/2018 | 23 | SENTENCING MEMORANDUM by Renato Libric (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 |

| | | |
|---|---|---|
| | | Exhibit 7, # 8 Exhibit 8)(Daar, Randolph) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 24 | SENTENCING MEMORANDUM by USA as to Renato Libric *United States' Sentencing Memorandum* (McCarthy, Matthew) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/13/2018 | 25 | CLERK'S NOTICE CHANGING HEARING TIME FOR SENTENCING as to Renato Libric Sentencing reset to 12/19/2018 at 10:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 12/13/2018) (Entered: 12/13/2018) |
| 12/19/2018 | 26 | Minute Entry for proceedings held before Judge Maxine M. Chesney: Sentencing held on 12/19/2018 for Renato Libric (1), Count(s) 1, 36 months in custody; 3 years supervised release; $100 special assessment (see judgment for additional conditions)>. Court Reporter: Belle Ball. (tlS, COURT STAFF) (Filed on 12/19/2018) (Entered: 12/20/2018) |
| 12/20/2018 | 27 | MOTION for Forfeiture of Property *(Application of the United States for an Order of Forfeiture)* by USA as to Renato Libric. (Attachments: # 1 Proposed Order [Proposed] Order of Forfeiture)(Beausey, Karen) (Filed on 12/20/2018) (Entered: 12/20/2018) |
| 12/21/2018 | 28 | **JUDGMENT in a Criminal Case as to Renato Libric. Signed by Judge Maxine M. Chesney on 12/21/2018. (tlS, COURT STAFF) (Filed on 12/21/2018) (Entered: 12/21/2018)** |
| 01/02/2019 | 29 | **ORDER OF FORFEITURE.** Signed by Judge Maxine M. Chesney on January 2, 2019. (mmclc1, COURT STAFF) (Entered: 01/02/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/06/2019 11:32:06 | | |
| **PACER Login:** | gmalbright:5449354:5449608 | **Client Code:** 11233.0020 |
| **Description:** | Docket Report | **Search Criteria:** 3:18-cr-00196-MMC |
| **Billable Pages:** | 4 | **Cost:** 0.40 |

Case 3:19-cv-01879-MMC   Document 46-11   Filed 12/13/19   Page 22 of 22
Case 2:18-cv-00425-GMN-NJK   Document 36   Filed 03/06/19   Page 21 of 21
Case 3:18-cr-00196-MMC   Document 26   Filed 12/19/18   Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** December 19, 2018      **Time:** 10:02 – 12:14      **Judge:** MAXINE M. CHESNEY

= 2 hours 12 minutes

**Case No.:** 18-cr-00196-MMC-1      **Case Name:** UNITED STATES v. Renato Libric (in custody)

**Attorney for Plaintiff: Matthew McCarthy**
**Attorney for Defendant: Randolph Daar and Josh Thayer**

**Deputy Clerk:** Tracy Geiger      **Court Reporter:** Belle Ball
**Probation Officer:** Aakash Raju

**PROCEEDINGS**

**Sentencing – held.**

**Victim representative(s) Natalie Lim and Michael Gayan addressed the Court.**

**Sentence imposed: 36 months in custody; 3 years supervised release; Special assessment $100.
(See judgment for all additional conditions).**