IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC,<br>　　　　Plaintiff,<br>　　v.<br>RENATO LIBRIC,<br>　　　　Defendant. | Case No. 19-cv-01879-MMC<br>**ORDER PROVIDING DEFENDANT WITH NOTICE OF THE REQUIREMENTS OF RULE 56; EXTENDING DEADLINES TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF MOTION** |

By order filed October 16, 2019, the Court set a briefing schedule on plaintiff's then-anticipated motion for summary judgment. On December 13, 2019, plaintiff timely filed its motion for summary judgment and served said motion on defendant by mail.

**A. Notice to Defendant of Requirements of Rule 56**

As defendant is a prisoner proceeding without counsel, the Court hereby provides defendant with the following notice of the requirements of the summary judgment rule, specifically Rule 56 of the Federal Rules of Civil Procedure:

Plaintiff has filed a motion for summary judgment by which it seeks summary judgment in its favor on the claims alleged in its complaint. A motion for summary judgment under Rule 56 will, if granted, end further proceedings on plaintiffs' claims.

Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact — that is, if there is no real dispute about any fact that would affect the outcome of the moving party's claims, the moving party is entitled to judgment as a matter of law. When a plaintiff files a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what

your answer says.  Instead, you must set out specific facts in declarations and/or exhibits that contradict the facts shown in the plaintiff's declarations and exhibits and show there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered on plaintiff's claims against you.  If summary judgment is granted in favor of plaintiff on its claims, there will be no trial on those claims.

**B.  Extension of Deadlines to File Opposition and Reply**

In its October 16 order, the Court set a deadline of January 17, 2020, for defendant to file opposition to plaintiff's motion for summary judgment, and a deadline of February 7, 2020, for plaintiff to file a reply.

As it appears there may be delays in defendant's receipt of Court orders and in the Clerk of Court's receipt of materials submitted by defendant,[1] the Court hereby extends the briefing schedule as follows:

1.  No later than January 31, 2020, defendant shall file with the Clerk and serve on plaintiff his opposition or other response to plaintiff's motion for summary judgment.

2.  No later than February 28, 2020, plaintiff shall file with the Clerk and serve on defendant any reply.

3.  As of February 28, 2020, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: December 17, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] For example, defendant's filing received by the Clerk on October 3, 2019, had been placed by defendant in the prison mail system on September 19, 2019.

2