IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOSE RUN, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENATO LIBRIC,<br><br>　　　　Defendant. | Case No. 19-cv-01879-MMC<br><br>**ORDER STRIKING AMENDED ANSWER AND COUNTERCLAIM WITHOUT PREJUDICE** |

　　　　On August 23, 2021, the Court issued a Pretrial Scheduling Order, setting pretrial deadlines for the remaining claim in the above-titled action, specifically, defendant's counterclaim against plaintiff. The Pretrial Scheduling Order was served electronically on plaintiff, whose counsel is registered as an e-filer, and by mail on defendant, who proceeds pro se and is not an e-filer. Thereafter, on September 7, 2021, the mail sent to defendant was returned as undeliverable, and, to date, defendant has not provided the Court with his current address.

　　　　Where, as here, mail sent to a pro se party has been returned as undeliverable, and such party has not, within 60 days thereafter, provided his current address, "[t]he Court may, without prejudice, dismiss a complaint or strike an answer." See Civil L.R. 3-11(b). In this instance, the Court finds it appropriate to strike the operative answer, titled "Amended Reply to Complaint" (see Doc. No. 45), which pleading includes a "Counterclaim" (see id. at 25).

　　　　Accordingly, defendant's amended answer and counterclaim are hereby STRICKEN without prejudice.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge